**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO R. BARRIENTOS, Plaintiff, v. CITIMORTGAGE, INC., and DOES 1-10, inclusive, Defendants. | Case No. 12-4653-SC ORDER TO SHOW CAUSE |

On July 26, 2012, Plaintiff Antonio R. Barrientos ("Plaintiff") instituted this action challenging a mortgage foreclosure by filing a complaint in the California Superior Court against Defendant CitiMortgage, Inc. ("Defendant"). ECF No. 1 (notice of removal ("NOR") Ex. A ("Compl.")). Defendant was served with process on August 9. NOR ¶ 1. On September 6, Defendant timely removed the case to this Court.

On September 17, Defendant filed a motion to dismiss the action. ECF No. 11 ("Mot."). Plaintiff was required to file an opposition brief or a notice of nonopposition by October 1. See Civ. L.R. 7-3. Plaintiff did neither. On October 3, Defendant filed a brief urging the Court to grant its motion as unopposed and dismiss this action with prejudice. ECF No. 13.

1     The dismissal Defendant seeks is well within the Court's power. See Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (setting forth factors district court must consider before dismissing action for plaintiff's failure to prosecute or comply with court order). Moreover, it appears to be warranted, since Plaintiff is represented by counsel and had ample opportunity to respond to Defendant's motion. Cf. Weavill v. Wachovia Mortg., FSB, C 11-05541 SBA, 2012 WL 2055021, at *2 (N.D. Cal. June 5, 2012) (weighing Pagtalunan factors and dismissing mortgage foreclosure case). However, the Court declines to dismiss the case at this time because a less drastic alternative is available. Pagtalunan, 291 F.3d at 643.

    Instead, the Court ORDERS Plaintiff to show cause why this action should not be dismissed for failure to prosecute. No hearing shall be held. Civ. L.R. 7-1(b). Within seven (7) days of the signature date of this order, Plaintiff shall file a brief of no more than three (3) pages in length, exclusive of supporting declarations and exhibits, if any. The brief shall explain why Plaintiff failed to comply with Civil Local Rule 7-3. Failure to timely submit this brief shall result in dismissal of Plaintiff's case with prejudice.

    IT IS SO ORDERED.

Dated: November 8, 2012         _____
                                   UNITED STATES DISTRICT JUDGE